PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
Email: attymartinezp@yahoo.com

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIAS ALVAREZ RAMIREZ,<br><br>Defendant. | CASE NO.2:09-cr-00244-MCE<br><br>STIPULATION AND ORDER TO PRODUCE METHAMPHETAMINE SAMPLE TO DEFENSE EXPERT FOR TESTING PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(E)<br><br>Judge: Hon. Morrison C. England, Jr. |

Defendant, ELIAS ALVAREZ RAMIREZ, through his counsel, Preciliano Martinez and Plaintiff, United States of America, through its counsel, Todd Leras, hereby stipulate and agree to the following:

1. The government will produce the methamphetamine confiscated in this case and listed as exhibit 6 on bated pages 159 and 160 of the discovery to be tested for purity by an expert hired by the defense.

2. Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E), the government shall allow the defense to independently inspect and analyze a representative sample from the above listed drug exhibits.

///

3. A Drug Enforcement Administration ("DEA") Special Agent or Task Force Officer shall deliver the drug exhibits identified above to Senior Forensic Toxicologist, Jeffery L. Zehnder, License No. PLO242709, of Drug Detection Laboratories, located at 9700 Business Park Drive, Suite 406, Sacramento, California 95827, telephone number (916) 366-3113. The DEA shall arrange for such delivery as soon as practical and shall arrange for the delivery with Jeffery L. Zehnder and/or Drug Detection Laboratories.

4. Upon delivery of the above-listed drug exhibits to the defense expert, a DEA Special Agent or Task Force Officer shall be present when the defense expert inspects, weighs, and removes representative samples from the above-listed drug exhibits for analysis. The representative samples shall be in the amount of 500 mg or not more than one-half the current reserve weight from each exhibit. The weight of the representative sample taken shall be documented and signed by the defense expert and provided to the DEA Special Agent or Task Force Officer in attendance. Upon the completion of the sample removal and weighing, the defense expert shall, forthwith return the remaining above-listed drug exhibit to the DEA Agent or Task Force Officer in attendance.

5. The defense expert shall conduct the qualitative analysis of samples agreed to in this stipulation and shall provide the Government with a Declaration under penalty of perjury, executed by the individual who conducted the analysis, or the head of the facility where the analysis occurred, which states the quantity of each exhibit sample returned to the Government, or a statement that all sample was consumed during testing.

///

///

///

6. All remaining sample material, if there is any remaining after testing, is to be returned by Jeffery L. Zehnder or Drug Detection Laboratories to the DEA at whatever address is supplied by the Agent or Task Force Officer who delivers the sample, by registered U.S. mail, return receipt requested, or approved commercial carrier, within five (5) business days after the completion of the analysis.

7. The defense agrees to provide the Government with a copy of the results or reports of the tests performed by the defense expert as provided Rule 16(b)(1)(B) of the Federal Rules of Criminal Procedure.

8. Finally, the defense expert, Jeffery L. Zehnder, is to safeguard the representative sample received, preserving the chain of custody in a manner to faithfully protect the integrity of the exhibit received.

Dated: August 15, 2011

Respectfully Submitted,

/s/Preciliano Martinez .
Preciliano Martinez, Attorney for
Defendant, ELIAS ALVAREZ RAMIREZ

/s/ Todd Leras .
Todd Leras, Attorney for
Plaintiff, UNITED STATES OF AMERICA

IT IS SO ORDERED.

August 22, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE