PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br>   vs. ) <br> ) <br> ELIAS ALVAREZ RAMIREZ ) <br>     Defendant. ) <br> ) <br> ) <br> ) | CASE NO. 2:09-cr-00244-MCE <br><br> STIPULATION TO CONTINUE SENTENCING DATE |

    IT IS HEREBY STIPULATED by and between Assistant United States Todd Leras, Counsel for Plaintiff, United States Probation Officer Julie A. Fowler, and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez, that the sentencing date scheduled for September 29, 2011, at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on December 1, 2011 at 9:00 a.m. Mr. Martinez starts a confirmed 2 to 3 week trial in Santa Clara County and is also waiting on a government sample needed for a lab retest.

    The court is advised that counsel have conferred about this request that they have agreed to the court date of December 1, 2011 and that Mr. Leras and Ms. Fowler have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including December 1, 2011.

Respectfully Submitted,

Dated: September 13, 2011            /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

Dated: September 13, 20111            /s/ Todd Leras
Assistant U.S. Attorney

Dated: September 13, 2011            /s/ Julie A. Fowler
Julie A. Fowler
U.S. Probation Officer

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current September 29, 2011 sentencing date is hereby vacated and reset to December 1, 2011.

IT IS SO ORDERED.

September 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE