PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>     Plaintiff,            )<br>  vs.                     )<br>                           )<br>ELIAS ALVAREZ RAMIREZ,     )<br>     Defendant.            )<br>                           )<br>                           )<br>                           ) | CASE NO. 2:09-cr-00244-MCE<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE |

IT IS HEREBY STIPULATED by and between Assistant United States Todd Leras, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez that the sentencing date scheduled for July 5, 2012, at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on August 23, 2012 at 9:00 a.m. Mr. Martinez is unavailable on July 5, 2012 and counsel needs more time for completion of investigation.

The court is advised that counsel have conferred about this request that they have agreed to the court date of August 23, 2012 and that Mr. Leras has authorized Preciliano Martinez to sign this stipulation on his behalf.

                                        Respectfully Submitted,

Dated: June 28, 2012                      /s/ Todd Leras
                                        Assistant U.S. Attorney

Dated: June 28, 2012                      /s/ Preciliano Martinez
                                        Preciliano Martinez
                                        Attorney for Defendant
                                        ELIAS ALVAREZ RAMIREZ

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current July 5, 2012 sentencing date is hereby vacated and reset to August 23, 2012.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE