PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>  vs.<br><br>ELIAS ALVAREZ RAMIREZ<br>        Defendant. | CASE NO. 2:09-cr-00244-MCE<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE |

      IT IS HEREBY STIPULATED by and between Assistant United States Todd Leras, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez, that the sentencing date scheduled for August 23, 2012, at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on November 8, 2012 at 9:00 a.m. Further investigation is needed on newly discovered evidence.

      The court is advised that counsel have conferred about this request that they have agreed to the court date of November 8, 2012 and that Mr. Leras has authorized Preciliano Martinez to sign this stipulation on their behalf.

1

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including November 8, 2012.

Respectfully Submitted,

Dated: August 17, 2012         /s/ Preciliano Martinez
                               Preciliano Martinez
                               Attorney for Defendant
                               ELIAS ALVAREZ RAMIREZ

Dated: August 17, 2012         /s/ Todd Leras
                               Assistant U.S. Attorney

### ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current August 23, 2012 sentencing date is hereby vacated and reset to November 8, 2012.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE