PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>ELIAS ALVAREZ RAMIREZ<br>  Defendant. | CASE NO. 2:09-cr-00244-MCE<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE |

　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez, that the sentencing date scheduled for December 6, 2012, at 10:00 a.m. be vacated and the sentencing date be continued to this court's calendar on   January 24, 2013 at 9:00 a.m. Further continuance is needed to complete the ongoing investigation.

　　The court is advised that counsel have conferred about this  request that they have agreed to the court date of  January 24, 2013 and that Mr. Leras has authorized Preciliano Martinez to sign this stipulation on his behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including January 24, 2013.

Respectfully Submitted,

Dated: November 30, 2012  /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

Dated: November 30, 2012  /s/ Todd Leras
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current December 6, 2012 sentencing date is hereby vacated and reset to January 24, 2013, at 9 a.m.

Dated: December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE