PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>vs.<br>ELIAS ALVAREZ RAMIREZ,<br>   Defendant. | CASE NO. 2:09-cr-00244-MCE<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd Leras, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez, that the sentencing date scheduled for January 24, 2013, at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on April 4, 2013 at 9:00 a.m. Further continuance is needed to complete the ongoing investigation.

　　　The court is advised that counsel have conferred about this request that they have agreed to the court date of April 4, 2013 and that Mr. Leras has authorized Preciliano Martinez to sign this stipulation on his behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including April 4, 2013.

Respectfully Submitted,

Dated: January 7, 2013

/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

Dated: January 7, 2013

/s/ Todd Leras
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current January 24, 2013 sentencing date is hereby vacated and reset to April 4, 2013, at 9:00 AM.

IT IS SO ORDERED.

Dated: January 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT