PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>ELIAS ALVAREZ RAMIREZ,<br>　　　　Defendant. | CASE NO. 2:09-cr-00244-MCE<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br>Date: February 13, 2014<br>Time: 9:00a.m.<br>Honorable Morrison C. England Jr. |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko P. Coppola , Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez, that the sentencing date scheduled for December 19, 2013, at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on February 13, 2014, at 9:00 a.m. We have ordered transcriptions to be prepared of conversations that will be needed for our sentencing arguments and we had expected these to be ready by November 1st. The interpreter has indicated that all of the transcriptions will not be available until November 18th. Due to the time necessary to obtain the transcripts we are asking to continue the sentencing. We intend to provide the transcripts to probation and probation will not be able to complete their probation report in time for the current sentencing date.

The court is advised that counsel have conferred about this request that they have agreed to the court date of February 13, 2014, and that Mr. Coppola has authorized Preciliano Martinez to sign this stipulation on his behalf.

                    Respectfully Submitted,

Dated: November 6, 2013        /s/ Preciliano Martinez
                                    Preciliano Martinez
                                    Attorney for Defendant
                                    ELIAS ALVAREZ RAMIREZ

Dated: November 6, 2013        /s/ Heiko P. Coppola
                                    Heiko P. Coppola
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current December 19, 2013 sentencing date is hereby vacated and reset to February 13, 2014.

IT IS SO ORDERED.

Dated: November 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT