PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br><br>ELIAS ALVAREZ RAMIREZ,<br>　　　　Defendant. | CASE No. 2:09-cr-00244-MCE<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br>Date: May 1, 2014<br>Time: 9:00a.m.<br>Honorable Morrison C. England Jr. |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko P. Coppola , Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez, that the sentencing date scheduled for February 27, 2014, at 9:00 a.m. be vacated and the sentencing date be continued to this court's calendar on May 1, 2014, at 9:00 a.m. United States Probation Officer Scott Storey will be out of his office from February 5, 2014, to February 26, 2014. Further time is needed for the completion of sentencing investigation and for completion of the presentencing report.

///

///

The court is advised that counsel have conferred about this request that they have agreed to the court date of May 1, 2014, and that Mr. Coppola has authorized Preciliano Martinez to sign this stipulation on his behalf.

                                        Respectfully Submitted,

Dated: January 31, 2014　　　　　　　　/s/ Preciliano Martinez  
　　　　　　　　　　　　　　　　　　　Preciliano Martinez  
　　　　　　　　　　　　　　　　　　　Attorney for Defendant  
　　　　　　　　　　　　　　　　　　　ELIAS ALVAREZ RAMIREZ

Dated: January 31, 2014　　　　　　　　/s/ Heiko P. Coppola  
　　　　　　　　　　　　　　　　　　　Heiko P. Coppola  
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney  
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current February 27, 2014, sentencing date is hereby vacated and reset to May 1, 2014, at 9:00 AM in Courtroom 7.

Dated: February 4, 2014

_____  
MORRISON C. ENGLAND, JR., CHIEF JUDGE  
UNITED STATES DISTRICT COURT