PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        ) CASE NO. 2:09-cr-00244-MCE-1
    Plaintiff,                             )
  vs.                                          )
                                           ) STIPULATION AND ORDER TO
ELIAS ALVAREZ RAMIREZ,           ) CONTINUE SENTENCING DATE
    Defendant.                           )
                                           ) Date: June 12, 2014
                                           ) Time: 9:00a.m.
                                           ) Honorable Morrison C. England Jr.

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko P. Coppola , Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez, that the sentencing date scheduled for May 1, 2014, at 9:00 a.m. be vacated and the sentencing date be continued to this Court's calendar on June 12, 2014, at 9:00 a.m. United States Probation Officer Scott Storey has not yet completed the presentencing report and additional time is needed to complete the investigation and presentencing report.

///

///

1

The court is advised that counsel have conferred about this request, that they have agreed to the court date of June 12, 2014, and that Mr. Coppola has authorized Preciliano Martinez to sign this stipulation on his behalf.

                                                    Respectfully Submitted,

Dated: March 21, 2014                                /s/ Preciliano Martinez
                                                      Preciliano Martinez
                                                      Attorney for Defendant
                                                      ELIAS ALVAREZ RAMIREZ

Dated: March 21, 2014                                /s/ Heiko P. Coppola
                                                      Heiko P. Coppola
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

## ORDER

Having read and considered the foregoing stipulation, the current May 1, 2014, sentencing date is hereby vacated and reset to June 12, 2014.

IT IS SO ORDERED.

Dated: March 27, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT