PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br><br>ELIAS ALVAREZ RAMIREZ,<br>　　　　Defendant. | CASE NO. 2:09-cr-00244-MCE<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br>Date: July 3, 2014<br>Time: 9:00a.m.<br>Honorable Morrison C. England Jr. |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko P. Coppola, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez, that the sentencing date scheduled for June 19, 2014, at 9:00 a.m. be vacated and the sentencing date be continued to this Court's calendar on July 3, 2014, at 9:00 a.m. Per the Court's own motion, sentencing was continued from June 12, 2014, to June 19, 2014. Unfortunately Mr. Martinez is unavailable on June 19th due to being scheduled and booked for the National Association of Criminal Defense Lawyer's white collar crime continuation classes in San Diego on the same date. Therefore, we respectfully ask the Court to continue the sentencing to July 3, 2014, so that Mr. Martinez may be present.

//

//

1

The court is advised that counsel have conferred about this request, that they have agreed to the court date of July 3, 2014, and that Mr. Coppola has authorized Preciliano Martinez to sign this stipulation on his behalf.

                                      Respectfully Submitted,

Dated: May 13, 2014                    /s/ Preciliano Martinez
                                            Preciliano Martinez
                                            Attorney for Defendant
                                            ELIAS ALVAREZ RAMIREZ

Dated: May 13, 2014                    /s/ Heiko P. Coppola
                                            Heiko P. Coppola
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, the current June 19, 2014, sentencing date is hereby vacated and reset to July 3, 2014, at 9:00 AM in Courtroom 7.

IT IS SO ORDERED.

Dated: May 21, 2014

                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT