John Balazs, SBN # 157287
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
Email: john@balazslaw.com

Attorney Seeking Appointment

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIAS ALVAREZ RAMIREZ,<br><br>    Defendant. | No.  2:09-CR-00244-MCE<br><br>**APPLICATION FOR ORDER APPOINTING COUNSEL AND SUBSTITUTION OF COUNSEL; ORDER** |

   Defendant Elias Alvarez Ramirez hereby moves the Court for an order that the judgment include a recommendation that the BOP prisons place Mr. Ramirez in a prison in California so that his family who lives in Modesto may visit him.  Mr. Ramirez informed undersigned counsel that his prior attorney neglected to make this request at sentencing.

   Date: July 11, 2014                           Respectfully submitted,


                                                 /s/ John Balazs
                                                 John Balazs

1

## **ORDER**

It is hereby ordered that the judgment for defendant Elias Alvarez Ramirez shall include a recommendation to the Bureau of Prisons that Mr. Ramirez be placed in a prison in California to the extent available so that his family may visit him.

IT IS SO ORDERED.

Dated:  July 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT