PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIAS ALVAREZ RAMIREZ,<br><br>Defendant. | CASE NO. 2:09-CR-00244 WBS<br><br>STIPULATION AND [PROPOSED] ORDER TO RESET STATUS CONFERENCE REGARDING RESENTENCING<br><br>DATE: July 18, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status regarding resentencing on July 18, 2016.

2. By this stipulation, the parties now move to continue the status conference until July 25, 2016 at 9:00 a.m..

3. The parties agree and stipulate, and request that the Court find the following:

   a) On June 17, 2016, the Court entered an order setting this matter for a status conference on July 18, 2016. ECF No. 289. The Court ordered the government to issue a writ to ensure the defendant's presence at the July 18 hearing. The defendant was then incarcerated at FCI Big Spring in Big Spring, Texas.

   b) On June 17, 2016, the Acting United States Attorney signed a request for

production of federal prisoner, pursuant to 18 U.S.C. § 3621(d), requesting that the Bureau of Prisons and United States Marshals Service transport the defendant to court for the July 18, 2016, status conference.

c) On June 21, 2016, the government received a message from the United States Marshals Service, stating that the defendant would not arrive in this district until July 21, 2016. The parties request that the status conference previously set for July 18, 2016, be reset for July 25, 2016, to provide the United States Marshals Service sufficient time to transport the defendant to court.

IT IS SO STIPULATED.

Dated: July 12, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: July 12, 2016

/s/ John Balazs
John Balazs
Counsel for Defendant
ELIAS ALVAREZ RAMIREZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 12, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE