John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:09-CR-0244-WBS |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ELIAS ALVAREZ RAMIREZ, | Hon. William B. Shubb |
| Defendant. | |

Defendant, ELIAS ALVAREZ RAMIREZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Brian Fogerty, hereby stipulate to extend the schedule regarding defendant's motion for discovery and sentencing by one week as follows:

**Discovery Motion**:

Government's Opposition to Discovery Motion Due:   September 6, 2016

Defendant's Discovery Motion Reply Due:   September 12, 2016

Discovery Motion Hearing:   **September 19, 2016**

**Sentencing**:

| | |
|---|---|
| Informal objections to Draft PSR due: | September 13, 2016 |
| Final PSR due: | September 26, 2016 |
| Motion for Correction of PSR | October 17, 2016 |
| Reply or Statement | October 31, 2016 |
| Judgment and Sentencing Date | November 14, 2016 |

This request is made because the defendant has been in trial and needs additional time to prepare sentencing papers.

Dated:  August 31, 2016                                   Dated:   August 31, 2016

BENJAMIN B. WAGNER
United States Attorney


 /s/ *Brian Fogerty*                                       /s/*John Balazs*
BRIAN FOGERTY                                       JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                       Attorney for Defendant
UNITED STATES OF AMERICA            ELIAS ALVAREZ RAMIREZ

**ORDER**

IT IS SO ORDERED.

Dated:  August 31, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE