PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ELIAS ALVAREZ RAMIREZ,<br><br>            Defendant. | CASE NO. 2:09-CR-00244 WBS<br><br>STIPULATION AND ORDER REGARDING DEFENDANT'S RENEWED DISCOVERY MOTION<br><br>DATE: September 19, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Elias Alvarez Ramirez, through counsel John Balazs, hereby stipulate to extend the briefing schedule for defendant's renewed motion for discovery (ECF No. 295) as set forth below, and to reset the hearing regarding defendant's renewed discovery motion for September 26, 2016, at 9:00 a.m.

Government's Opposition to Renewed Discovery Motion Due:   September 12, 2016

Defendant's Reply to Government's Opposition Due:   September 19, 2016

Hearing Regarding Defendant's Motion:   September 26, 2016

Dated: September 6, 2016
PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

STIPULATION AND ORDER REGARDING DEFENDANT'S
RENEWED DISCOVERY MOTION

1

Dated: September 6, 2016

By:   /s/ JOHN BALAZS
      Counsel for Defendant
      Elias Alvarez Ramirez

**ORDER**

IT IS SO ORDERED.

Dated: September 8, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE