John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIAS ALVAREZ RAMIREZ,<br><br>Defendant. | No. 2:09-CR-0244-WBS<br><br>**STIPULATION AND ORDER**<br><br><u>Sentencing</u>:<br>Date: December 12, 2016<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

  Defendant, ELIAS ALVAREZ RAMIREZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Brian Fogerty, hereby stipulate to extend the schedule regarding sentencing as follows:

  Motion for Correction of PSR          November 14, 2016

  Reply or Statement              November 28, 2016

  Judgment and Sentencing Date         December 12, 2016

  ///

  ///

  ///

Stipulation and Order                  1

This request is made because the defendant needs additional time to review discovery and prepare sentencing papers.

Dated: October 14, 2016                    Dated: October 14, 2016

PHILLIP TALBERT
Acting United States Attorney


 /s/ Brian Fogerty                          /s/John Balazs
BRIAN FOGERTY                              JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    ELIAS ALVAREZ RAMIREZ


**ORDER**

IT IS SO ORDERED.

Dated: October 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE