John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ELIAS ALVAREZ RAMIREZ,<br><br>            Defendant. | No. 2:09-CR-0244-01 WBS<br><br>**STIPULATION AND ORDER**<br><br><u>Sentencing</u>:<br>Date:  February 6, 2017<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

Defendant, ELIAS ALVAREZ RAMIREZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Brian Fogerty, hereby stipulate to extend the schedule regarding sentencing as follows:

    Motion for Correction of PSR                      January 9, 2017

    Reply or Statement                                    January 23, 2017

    Judgment and Sentencing Date                   February 6, 2017

///

///

///

This request is made because the defendant needs additional time to review discovery, consult with a forensic expert, and prepare sentencing papers.

Dated:  November 14, 2016                              Dated:   November 14, 2016

PHILLIP TALBERT
Acting United States Attorney

 /s/ *Brian Fogerty*                                              /s/*John Balazs*
BRIAN FOGERTY                                         JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                        Attorney for Defendant
UNITED STATES OF AMERICA                ELIAS ALVAREZ RAMIREZ

**ORDER**

IT IS SO ORDERED.

Dated:  November 14, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE