John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELIAS ALVAREZ RAMIREZ,<br><br>　　　　　Defendant. | No. 2:09-CR-0244-01 WBS<br><br>**STIPULATION AND ORDER**<br><br><u>Sentencing</u>:<br>Date: February 6, 2017<br>Time: 9:00 a.m.<br>Hon. William B. Shubb |

　　　Defendant, ELIAS ALVAREZ RAMIREZ, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Brian Fogerty, hereby stipulate to extend the schedule for objections to the presentence report by one week while keeping the sentencing hearing on February 6 as follows:

　　　Motion for Correction of PSR　　　　　　　　January 16, 2017

　　　Reply or Statement　　　　　　　　　　　　　January 30, 2017

　　　Judgment and Sentencing Date　　　　　　　February 6, 2017 at 9:00 am

　　　///

　　　///

　　　///

Stipulation and Order　　　　　　　　　　　　1

This request is made because the defendant needs additional time to review discovery, consult with a forensic expert, and prepare sentencing papers.

Dated: January 9, 2017                                  Dated:   January 9, 2017

PHILLIP TALBERT
Acting United States Attorney

 /s/ *Brian Fogerty*                                          /s/*John Balazs*
BRIAN FOGERTY                                        JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                                      Attorney for Defendant
UNITED STATES OF AMERICA              ELIAS ALVAREZ RAMIREZ

**ORDER**

IT IS SO ORDERED.

Dated: January 9, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE