PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIAS ALVAREZ RAMIREZ, <br><br> Defendant. | CASE NO. 2:09-CR-00244-01 WBS <br><br> STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DATES |

The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and defendant Elias Alvarez Ramirez, by and through his counsel, John Balazs, hereby stipulate to reset sentencing in this matter for Tuesday, February 21, 2017, at 9:00 a.m. Accordingly, the parties request that the Court vacate the sentencing hearing currently set for February 6, 2017 (ECF No. 310), and impose the following sentencing deadlines:

Judgment and Sentencing Date:

February 21, 2017

Reply or Statement of Non-Opposition:

February 13, 2017

| | |
|---|---|
| Dated: January 30, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | By: s/ Brian A. Fogerty<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: January 30, 2017 | s/ Brian A. Fogerty for John Balazs<br>JOHN BALAZS<br>Counsel for Defendant<br>ELIAS ALVAREZ RAMIREZ<br>[Authorized by telephone on 1/27/17] |

**ORDER**

It is so ORDERED.

Dated: January 30, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE