PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIAS ALVAREZ RAMIREZ,<br><br>Defendant. | CASE NO. 2:09-CR-00244 WBS<br><br>STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING DOCUMENT FILING DEADLINE |

The United States of America, by and through Assistant U.S. Attorney Brian A. Fogerty, and defendant Elias Alvarez Ramirez, by and through his counsel, John Balazs, hereby stipulate to reset the deadline for all sentencing-related filings to noon on February 16, 2017, consistent with the Court's standing order. Accordingly, the parties request that the Court vacate the Rely or Statement of Non-Opposition deadline, which is currently February 13, 2017 (ECF No. 313), and impose the following sentencing deadlines:

Judgment and Sentencing Date:

February 21, 2017

Reply or Statement of Non-Opposition:

February 16, 2017

STIPULATION AND [PROPOSED] ORDER RESETTING
SENTENCING FILING DEADLINE

1

| | | |
|---|---|---|
| Dated: February 13, 2017 | | PHILLIP A. TALBERT<br>United States Attorney |
| | By: | s/ Brian A. Fogerty<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |
| Dated: February 13, 2017 | | s/ Brian A. Fogerty for John Balazs<br>JOHN BALAZS<br>Counsel for Defendant<br>ELIAS ALVAREZ RAMIREZ<br>[Authorized by telephone on 2/13/17] |

**ORDER**

It is so ORDERED.

Dated: February 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE